31 So.2d 725

## OPINION OF THE JUSTICES.

### No. 82.

Supreme Court of Alabama.
Aug. 15, 1947.

Senate of Alabama
State Capitol

Montgomery, Alabama

Gentlemen:

In Senate Resolution No. 58 inquiry is made of the members of this court as to whether or not House Bill No. 701 contravenes either § 45 or § 106 of the Constitution of this state.

We are of the opinion that House Bill No. 701 does not violate either of said sections of the Constitution in respects about which inquiry is made. Our conclusion is predicated on the ruling and authorities cited in the Opinion of the Jus-

tices, Ala.Sup., 31 So.2d 721,[1] in response to Senate Resolution No. 57, wherein the opinion is expressed that House Bill No. 689, similar in most material respects to the bill here under consideration, does not contravene either § 45 or § 106 of the Constitution on the grounds there considered.

All of which is

Most respectfully submitted,
LUCIEN D. GARDNER
Chief Justice
J. ED. LIVINGSTON
THOMAS S. LAWSON
ROBERT T. SIMPSON
DAVIS F. STAKELY
Justices